**FALTER v. SOKOLOFF**

Appeal from Macomb, Gallagher (Edward J.), J. Submitted Division 2 January 13, 1969, at Detroit. (Docket No. 5,394.) Decided January 29, 1969. Leave to appeal denied June 17, 1969. See 382 Mich 762.

Complaint by Freda Falter against Louis Sokoloff, Sam Warsh and Morris Sokoloff for the foreclosure of a land contract. Summary judgment for plaintiff. Defendants appeal. Affirmed.

*Marston & Marston,* for plaintiff.

*Goldsmith, Yaker & Goldsmith,* for defendants.

PER CURIAM. On August 8, 1967, Mrs. Freda Falter commenced an action against defendants Louis Sokoloff, Sam Warsh and Morris Sokoloff for the foreclosure of a land contract. On March 5, 1968, summary proceedings were heard in Macomb County Circuit Court. From a summary judgment for plaintiff, defendants appeal, alleging a material issue of fact relating to waiver had been raised.

An examination of the testimony and record discloses there was no error. Under the circumstances,

the court was not required to deny the motion, as there was no evidence to support a claim of waiver.

See *Larson* v. *Pittman* (1966), 3 Mich App 348. Affirmed. Costs to appellees.

FITZGERALD, P. J., and R. B. BURNS and BRONSON, JJ., concurred.